UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ZHONG ZHENG, individually and on behalf of all
others similarly situated,

                              Plaintiffs,

                                                                    JUDGMENT
                                                                    17-CV-3807 (DLI) (VMS)

       -against-

PINGTAN MARINE ENTERPRISE LTD.,
XINRONG ZHUO, AND ROY YU,

                              Defendants.
------------------------------------------------------------ X

       An Opinion and Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on March 31, 2019, granting Defendant's motion; and dismissing Plaintiff's claims with prejudice; it is

       ORDERED and ADJUDGED that Defendant's motion is granted; and that Plaintiff's claims are dismissed with prejudice.

| | |
|---|---|
| Dated: Brooklyn, NY<br>April 11, 2019 | Douglas C. Palmer<br>Clerk of Court |
| | By:   /s/*Jalitza Poveda*<br>       Deputy Clerk |