**GLANCY PRONGAY & MURRAY**
Lionel Z. Glancy
Robert V. Prongay
Stan Karas
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
Telephone: (301) 201-9150
Fax: (301) 201-9160
Email: lglancy@glancylaw.com
       rprongay@glancylaw.com
       skaras@glancylaw.com

**GLANCY PRONGAY & MURRAY LLP**
Lesley Frank Portnoy
230 Park Avenue
Suite 530
New York, NY 10169
212-682-5340
Fax: 212-884-0988
Email: lportnoy@glancylaw.com

*Counsel for Lead Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZHONG ZHENG, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PINGTAN MARINE ENTERPRISE LTD., XINRONG ZHUO, and ROY YU,<br><br>    Defendants. | Case No.: 1:17-cv-03807-DLI-ST<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF APPEAL** |

# NOTICE OF APPEAL

Notice is hereby given that Lead Plaintiff Lynda Huang appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order entered on March 31, 2019 (Dkt. No. 44), and from the Judgment entered on April 11, 2019 (Dkt. No. 45) dismissing this action for the reasons set forth in the Memorandum and Order.

Dated: April 30, 2019                              Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Stan Karas*
Robert V. Prongay
Lionel Z. Glancy
Stan Karas
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
Telephone: (301) 201-9150
Fax: (301) 201-9160
Email: lglancy@glancylaw.com
       rprongay@glancylaw.com
       skaras@glancylaw.com

**GLANCY PRONGAY & MURRAY LLP**
Lesley Frank Portnoy
230 Park Avenue
Suite 530
New York, NY 10169
212-682-5340
Fax: 212-884-0988
Email: lportnoy@glancylaw.com

*Counsel for Lead Plaintiff*

# PROOF OF SERVICE

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On April 30, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 30, 2019.

*s/ Stan Karas*
Stan Karas