**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of June, two thousand and nineteen.

Zhong Zheng,

    Plaintiff,

Lynda Huang,

    Plaintiff - Appellant,

v.

Pingtan Marine Enterprise Ltd., Xinrong Zhuo, Roy Yu,

    Defendants - Appellees.

**ORDER**

Docket No. 19-1263

Counsel for Appellant has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting August 14, 2019 as the brief/appendix filing date. The date selected exceeds the time allowed by the Rule.

IT IS HEREBY ORDERED that Appellant's brief must be filed on or before August 13, 2019. The appeal is dismissed effective August 13, 2019 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013)].

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/29/2019